# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01308-BNB

TERRY RICHERT,

    Applicant,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
GARFIELD COUNTY COMMUNITY CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -4 2008

GREGORY C. LANGHAM
              CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the amended motion for extension of time that Respondents submitted to and filed with the Court on September 2, 2008, seeking additional time in which to file a Pre-Answer Response. The amended motion for extension of time is GRANTED **up to and including September 17, 2008**. Applicant will be allowed **twenty (20) days after the filing of the Pre-Answer Response** in which to submit a Reply, if he desires.

Dated: September 4, 2008

---

Copy of this Minute Order mailed on September 4, 2008, to the following:

Terry Richert
Prisoner No. 105847
Garfield County Comm. Corrections
PO Box 2017
Rifle, CO 81650

John J. Fuerst, III
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

                                              Secretary/Deputy Clerk